IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

GEORGE S. DOTSON, JR.                                            PLAINTIFF

VERSUS                           CIVIL ACTION NO. 1:08CV265-SA-DAS

SHERIFF WILLIAM LEE,
JAILOR STAN MURRAY AND
ATTALA COUNTY SHERIFF'S DEPT.                                    DEFENDANTS

## ORDER OF STAY AND SCHEDULING ORDER

This day this cause came on to be heard on Sheriff William Lee and Stan Murphy's request for a stay pursuant to Local Rule 16.1(B)(4) of the Uniform Local Rules of the United States District Court for the Northern and Southern District of Mississippi, and the court, having considered the same, is of the opinion that said request should be granted.

IT IS THEREFORE ORDERED, that all matters including, the attorney conference, disclosure requirements and all discovery are stayed pending the court's resolution of the qualified immunity issue.

**IT IS FURTHER ORDERED** that the parties are to complete immunity-related discovery within ninety (90) days of the date of this Order and that any dispositive motion based upon qualified immunity is due thirty (30) days after the expiration of the immunity-related discovery deadline.

**SO ORDERED** this, the 23rd day of July, 2009.

/s/ David A. Sanders
United States Magistrate Judge