# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# EASTERN DIVISION

**GEORGE S. DOTSON, JR.**                                                **PLAINTIFF**

**VERSUS**                                                 **CIVIL ACTION NO. 1:08CV265-SA-DAS**

**SHERIFF WILLIAM LEE,**
**JAILOR STAN MURRAY AND**
**ATTALA COUNTY SHERIFF'S DEPT.**                          **DEFENDANTS**

## AGREED ORDER TO RELEASE MEDICAL RECORDS

This cause came on to be heard on joint motion *ore tenus* to order the Mississippi Department of Corrections to release medical records responsive to the MDOC Authorization for Release of Protected Health Information and the Court, having considered the motion finds it to be well taken.

IT IS, THEREFORE, ORDERED the Medical Records Custodian for the Mississippi Department of Corrections is to release any and all records responsive to the MDOC Authorization for Release of Protected Health Information attached hereto to William Robert Allen, Esq., within ten (10) days of receipt of this order.

IT IS FURTHER ORDERED that Mr. Allen will provide copies of the any records received to counsel for the Plaintiff.

SO ORDERED this the 21st day of September, 2009.

                                                     /s/David A. Sanders
                                                     UNITED STATES MAGISTRATE JUDGE