IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

**GEORGE S. DOTSON, JR.**                                                             **PLAINTIFF**

**VERSUS**                                **CIVIL ACTION NO. 1:08CV265-SA-DAS**

**SHERIFF WILLIAM LEE,**
**JAILOR STAN MURRAY AND**
**ATTALA COUNTY SHERIFF'S DEPT.**                          **DEFENDANTS**

## AGREED ORDER TO DEPOSE PLAINTIFF

This day this cause came on to be heard on a joint motion *ore tenus* for permission to depose the Plaintiff who is currently incarcerated and the Court, having considered the same, and it being made known to the Court that the parties are in agreement thereto, finds that said Motion is well taken.

IT IS, THEREFORE, ORDERED AND ADJUDGED that the Plaintiff be deposed at a mutually agreeable time and in accordance with any reasonable guidelines established by the prison facility where the Plaintiff is confined.

SO ORDERED this the 7th day of October, 2009.

                                                              /s/David A. Sanders
                                                               UNITED STATES MAGISTRATE JUDGE

AGREED:

/s/Carlos Moore
CARLOS MOORE, ESQ.
      *Attorney for Plaintiff*

/s/William R. Allen
WILLIAM R. ALLEN, ESQ.
      *Attorney for Defendants*