IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

JERRY WINTERS                                                                                          PLAINTIFF

VERSUS                                                        CIVIL ACTION NO. 1:08CV97-SA-DAS

ATTALA COUNTY
SHERIFF'S DEPARTMENT, ET. AL.
DEFENDANTS

CONSOLIDATED WITH

GEORGE S. DOTSON, JR.                                                                          PLAINTIFF

VERSUS                                                       CIVIL ACTION NO. 1:08CV265-SA-DAS

SHERIFF WILLIAM LEE,
JAILOR STAN MURRAY AND
ATTALA COUNTY SHERIFF'S DEPT.                                                      DEFENDANTS

## SECOND AGREED ORDER FOR EXTENSION OF
## IMMUNITY-RELATED DISCOVERY DEADLINE
## AND DISPOSITIVE MOTION DEADLINE

This day this cause came on to be heard on a second joint motion of the parties requesting an additional forty-five (45) days within which to complete immunity-related discovery and fifteen (15) days thereafter to file dispositive motions and the Court, having considered the same, finds that such an extension will not unduly delay the resolution of the matter and finds that the said motion is well taken and should be granted.

IT IS, THEREFORE, ORDERED AND ADJUDGED that immunity-related discovery shall be extended an additional forty-five (45) days, with the subsequent dispositive motions due fifteen (15) days thereafter.

SO ORDERED AND ADJUDGED this the 4th day of December, 2009.

/s/David A. Sanders_____
UNITED STATES MAGISTRATE JUDGE