IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

GEORGE S. DOTSON, JR.                                    PLAINTIFF

VERSUS                          CIVIL ACTION NO. 1:08CV265-SA-DAS

SHERIFF WILLIAM LEE,
JAILOR STAN MURRAY AND
ATTALA COUNTY SHERIFF'S DEPT.                            DEFENDANTS

## FINAL JUDGMENT

In accordance with this Court's Memorandum Opinion issued this day, the parties having consented to trial and entry of final judgment by the United States Magistrate Judge under the provisions of 28 U.S.C. § 636(c), with any appeal to the Court of Appeals for the Fifth Circuit, it is hereby

ORDERED:

1. That defendants' motion [doc. 43] for summary judgment is GRANTED; and all of plaintiff's claims are dismissed with prejudice.

2. That the parties shall bear their own costs.

3. That the Clerk shall forthwith close this case.

THIS, the 19th day of July, 2010.

/s/David A. Sanders
UNITED STATES MAGISTRATE JUDGE